**Fill in this information to identify the case:**

Debtor 1  Kimberly Asbury

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern    District of IL
(State)

Case number  12-04863

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 4  9  3  3

**Property address:** 2449 Haymond Ave
Number    Street

River Grove    IL    60171
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  00/00/0000*    *Loan was charged off on 09/12/2014
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    _____
MM / DD / YYYY

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1  **Kimberly Asbury**
       First Name    Middle Name    Last Name

Case number *(if known)* 12-04863

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/ Amanda J. Doyle**
Signature

Date  3/2/2017

Print  **Amanda J. Doyle**
    First Name    Middle Name    Last Name

Title  **Attorney**

Company  **Heavner, Beyers & Mihlar, LLC**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  **111 East Main Street**
    Number    Street

**Decatur**    **IL**    **62525**
City    State    ZIP Code

Contact phone  ( **217** ) **422** – **1719**

Email  **bankruptcy@hsbattys.com**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 12-04863 |
| Kimberly Asbury, | Chapter 13 |
| Debtor. | Honorable Jacqueline P. Cox |

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of the Response to Notice of Final Cure Payment filed on March 2, 2017, upon the parties listed below, as to the Trustee and Debtor's attorneys via electronic notice on March 2, 2017, and as to the Debtor by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 2nd day of March 2017.

**Service by Mail:**

Kimberly Asbury
2449 Haymond Ave
River Grove, IL 60171

**Service by Electronic Notice through ECF:**

Kyle T. Dallmann
55 E. Monroe St. Suite 3400
Chicago, IL 60603

Charles F Kinzer
55 E. Monroe St. Suite 3400
Chicago, IL 60603

Wylie W Mok
55 E. Monroe St. Suite 3400
Chicago, IL 60603

Thomas Vaughn
55 East Monroe Street Suite 3850
Chicago, IL 60603

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Suite 873
Chicago, IL 60604

                                                */s/ Amanda J. Doyle*
                                                       Amanda J. Doyle

HEATHER M. GIANNINO (#6299848)
AMANDA DOYLE (#6320552)
ZHIQI WU (#6324870)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Telephone: (217) 422-1719
Facsimile: (217) 422-1754